IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:09-825 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Loreze Williams, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court pursuant to Defendant's *pro se* motion for reconsideration. ECF No. 1476. Defendant seeks reconsideration of the court's denial of relief under Amendment 782. *See* Order, ECF No. 1372 (filed Sept. 30, 2015).

Pursuant to *United States v. Goodwyn*, 596 F.3d 233, 236 (4th Cir. 2010), "the clear intent of § 3582 is to *constrain* postjudgment sentence modifications . . . ." Section § 3582(c) "gives a district court one—and only one—opportunity to apply the retroactive amendments and modify the sentence." *United States v. Mann*, 435 F. App'x 254, 254 (2011) (citing *Goodwyn*, 596 F.3d at 236); *see also United States v. Redd*, 630 F.3d 649, 651 (7th Cir. 2011). Accordingly, this court is without jurisdiction to entertain Defendant's motion for relief under § 3582(c).

Even if this court had jurisdiction to entertain this motion, Defendant is not entitled to relief under Amendment 782 because the Amendment did not have the effect of lowering Defendant's overall guideline range, as stated in the denial of Defendant's motion. *See* Order, ECF No. 1372. Defendant's motion filed January 25, 2016, cites *United States v. Williams*, 808 F.3d 253 (4th Cir. 2015), in support of Defendant's motion for relief. However, *Williams* provides no relief for Defendant as the court has reviewed Defendant's eligibility for relief under Amendment 782 by taking into consideration the previous grant of the Government's motion for relief under Federal Rule of Criminal Procedure 35(b).

Therefore, Defendant's motion for reconsideration is dismissed as this court is without jurisdiction to entertain it. Further, Defendant's request for appointment of counsel is moot as the

court has no jurisdiction to entertain his motion.

     **IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
January 28, 2016